**Order filed November 13, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00998-CV

_____

## IN THE INTEREST OF J.S., a Child

___

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2012-05477**

___

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue

The notice of appeal was filed October 31, 2013. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is

filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Barbara Majors, the official court reporter, to file the record in this appeal **on or before December 3, 2013.** If Barbara Majors does not timely file the record as ordered, the court will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM